CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Serafin JIMENEZ; DOB: 1992; U.S. Citizen<br>Roy Guadalupe Marquez QUEZADA; DOB: 1990; U.S. Citizen<br>Ivan Alejandro GASTELUM; DOB: 1991; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-00269MJ |

Complaint for violation of Title 21, United States Code, Section 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: Beginning at a time unknown, including November 12, 2020, and continuing to on or about May 18, 2021, in the District of Arizona, Serafin JIMENEZ, Roy Guadalupe Marquez QUEZADA, and Ivan Alejandro GASTELUM did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On November 12, 2020, in a phone call with an FBI Undercover Employee (UCE), JIMENEZ arranged to sell the UCE approximately 1 kilogram of methamphetamine for $5,200. Later that day, QUEZADA contacted the UCE and stated that he would be delivering the methamphetamine for JIMENEZ, but that he would only be able to provide approximately ½ a kilogram. QUEZADA arrived at the prearranged location in the Phoenix area and gave the UCE 225.6 grams of methamphetamine in exchange for $2,600. Shortly after JIMENEZ called the UCE to confirm that the transaction with QUEZADA was completed.

On February 20, 2021, JIMENEZ agreed to another transaction with the UCE. JIMENEZ would provide firearms and approximately 5 kilograms of methamphetamine in exchange for $26,500.

On May 4, 2021, QUEZADA again called the UCE. When the UCE did not answer, JIMENEZ contacted a third party to notify the UCE that QUEZADA would be delivering the firearms and methamphetamine on JIMENEZ's behalf.

CONTINUED ON REVERSE

**DETENTION REQUESTED**
Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

AUTHORIZED AUSA *Sarah B. Houston*   SARAH HOUSTON
Digitally signed by SARAH HOUSTON
Date: 2021.05.19 11:06:18 -07'00'

**SIGNATURE OF COMPLAINANT (official title)**

**OFFICIAL TITLE**
Special Agent David Neill, FBI

Sworn to telephonically.

SIGNATURE OF MAGISTRATE JUDGE[1]

DATE
May 19, 2021

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:

On May 15, 2021, QUEZADA told the UCE that he would deliver the methamphetamine and firearms to the UCE in Tucson on May 18, 2021. QUEZADA told the UCE that he had not yet received the "merchandise" from the "Big Guy" yet, but would tell him that the UCE wanted the merchandise wrapped up.

On May 18, 2021, JIMENEZ told the UCE that because he could not reach QUEZADA, JIMENEZ would deliver the methamphetamine to the UCE. JIMENEZ and GASTELUM met the UCE in Tucson, Arizona. JIMENEZ and GASTELUM were in separate vehicles. GASTELUM provided the UCE with approximately 5.7 kilograms of methamphetamine that was stored and transported in GASTELUM's vehicle. The UCE provided JIMENEZ with approximately $20,000.

Post-*Miranda*, JIMENEZ admitted his involvement in coordinating the narcotics transaction with the UCE. JIMENEZ stated that GASTELUM contacted a third individual, who provided the methamphetamine to GASTELUM.

JIMENEZ, QUEZADA, and GASTELLUM were identified by their respective Arizona drivers' licenses.